## MARYLAND CASUALTY CO. v. TALLEY.
### No. 9472.

Circuit Court of Appeals, Fifth Circuit.

Dec. 2, 1940.

Rehearing Denied Jan. 14, 1941.

C. E. Kennemer, Jr., and Hoyet A. Armstrong, both of Dallas, Tex., for appellant.

John White, of Dallas Tex., for appellee.

Before SIBLEY, HUTCHESON, and McCORD, Circuit Judges.

### PER CURIAM.

The ground for a directed verdict now urged was not stated when the motion was made as required by Rule of Civil Procedure 50, 28 U.S.C.A. following section 723c; and the record indicates it was then waived. No exceptions to the charge were